UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01568 AG (DFMx) | Date | January 14, 2019 |
| Title | PAUL CHIU ET AL. V. PENDRAGON NORTH AMERICA, INC. ET AL. | | |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER REGARDING MOTION TO REMAND**

Plaintiff Paul Chiu brought this putative class action against twenty-two Land Rover dealerships across California, alleging that these dealerships discriminated against Asian persons. Specifically, Plaintiff claims that Defendants "maintained a 'blacklist' of 1,064 individuals . . . with first and last names that were perceived to be Asian in origin" and that, using this list, Defendants denied putative class members an opportunity to buy or lease Land Rovers. (Mot., Dkt. No. 40 at 4.)

Plaintiff originally filed this action in state court. But then Defendants removed it to federal court, claiming federal jurisdiction was proper under the Class Action Fairness Act (often called "CAFA" for short). Now Plaintiff moves to remand the case back to state court because Plaintiff believes the requirements for jurisdiction under CAFA aren't satisfied.

After hearing oral argument on this matter, the Court finds federal jurisdiction is proper under CAFA, and Plaintiff's arguments didn't convince the Court otherwise. The Court therefore DENIES Plaintiff's motion.

|  |  : 0 |
|---|---|
| Initials of Preparer | lmb |